IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:03-CR-0161 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **DERRICK H. BELL** | : | |

## ORDER

AND NOW, this 7th day of May, 2008, upon consideration of the order of court dated April 29, 2008 (Doc. 116) which struck defendant's *pro se* motion (Doc. 114) for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), and the *pro se* motion (Doc. 117) for reinstatement of defendant's motion for sentence reduction, in which defendant argues that his previous counsel of record withdrew as counsel during his direct appeal, and it appearing that the Federal Public Defender was appointed on March 18, 2008 to represent defendant in matters related to sentence reductions pursuant to 18 U.S.C. § 3582(c)(2) (see Doc. 115), it is hereby ORDERED that the *pro se* motion (Doc. 117) for reinstatement of his prior motion is DENIED without prejudice to defendant's right to file subsequent motions regarding sentence reductions through counsel of record.[1]

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] This ruling should not be construed as any indication of the court's view on whether defendant is eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2).