## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:03-CR-0161** |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **DERRICK H. BELL,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 13th day of February, 2018, following the final supervised release hearing held on this date, and upon agreement of counsel and the U.S. Probation Officer, it is hereby ORDERED that defendant's previously imposed conditions of supervised release, as set forth in the original judgment of conviction (Doc. 87) are MODIFIED to extend the current term of supervised release by fourteen (14) months from today's date, and to impose the following additional conditions of supervised release:

1.  The defendant shall undergo a substance abuse evaluation and, if recommended, the defendant shall satisfactorily complete a program of outpatient or inpatient substance abuse treatment.

2.  The defendant shall undergo a mental health evaluation and, if recommended, the defendant shall satisfactorily complete mental health treatment.

It is further ORDERED that all previously set general conditions of supervised release shall remain in full force and effect as originally set forth in the original judgment (Doc. 87).

S/CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania